# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**AMANDA MILLSAP**                                                          **PLAINTIFF**

VS.                                     No. 3:19-cv-00338 PSH

**ANDREW SAUL, Commissioner,**
    **Social Security Administration**                                  **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 16th day of October, 2020.

_____
UNITED STATES MAGISTRATE JUDGE